JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAPHNE CHENG,

     Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

Case No. 8:25-cv-02529-AB (JDEx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court discharges its OSC.

The Court also **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 20, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1